FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 MAR 24  PM 2 23

STEPHAN HARRIS, CLERK
CASPER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

---

| | |
|---|---|
| PAUL ANDREW MITCHELL a/k/a MITCHELL PAUL MODELESKI, | |
| Plaintiff, | Case No. 14-CV-228-S |
| vs. | |
| NANCY D. FREUDENTHAL et. al., | |
| Defendants. | |

---

### ORDER DENYING
### PETITION FOR WRIT OF HABEAS CORPUS AND QUO WARRANTO

---

This matter is before the Court upon a Petition for Writ of Habeas Corpus and Quo Warranto by Plaintiff, [Doc. 1], based on a criminal prosecution instituted against Plaintiff in this Court. [14-CR-027-F-2]. The superseding indictment as to Plaintiff having been dismissed without prejudice, and Plaintiff having been released from custody, his habeas corpus petition is therefore moot. [14-CR-027-F-2, Doc. 272, Doc. 275].

**IT IS THEREFORE HEREBY ORDERED** Plaintiff's Petition for Writ of Habeas Corpus and Quo Warranto is **DENIED AS MOOT**.

Dated this 24th day of March, 2015.

SCOTT W. SKAVDAHL
UNITED STATES DISTRICT JUDGE